UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YURY SHUBIN,

                            Plaintiff,

                    -v-

SLATE DIGITAL, INC. MICHAEL HORTON, ERIC
STARK and WILLIAM BROOKE,

                            Defendants.

---

21 Civ. 9464 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 16, 2021, defendants removed this case from the Supreme Court of the

County of New York. Dkt. 1. On November 19, 2021, before plaintiff appeared in the removed

action, defendants filed a motion to compel arbitration. Dkt. 8. On November 23, 2021, counsel

for plaintiff entered a notice of appearance. Dkt. 13.

Given that plaintiff appeared after the motion to compel was filed, and in light of the

upcoming holiday, plaintiff's opposition to the motion to compel, if any, will be due December

14, 2021. Defendants' reply, if any, will be due December 21, 2021.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: November 23, 2021
       New York, New York