

KILPATRICK TOWNSEND & STOCKTON LLP
www.kilpatricktownsend.com

The Grace Building
1114 Avenue of the Americas
New York, NY 10036-7703
t 212 775 8700  f 212 775 8800

direct dial 212 775 8773
direct fax 212 775 8821
fwhitmer@kilpatricktownsend.com

December 23, 2021

**By Electronic Filing**

Honorable Judge Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, NY 10007

   Re: *Shubin v. Slate Digital, Inc. et al.*, Case No. 1:21-cv-09464-PAE: Parties' Joint
     Request Regarding Initial Pretrial Conference

Your Honor:

  We represent Slate Digital and individual defendants Michael Horton, William Brooke and Eric Stark in *Shubin v. Slate Digital, Inc. et al.*, Case No. 1:21-cv-09464-PAE, and write respectfully to request that the Court adjourn the initial pretrial conference currently scheduled in this case for January 13, 2022. We have conferred with counsel for Plaintiff Yury Shubin on this topic and he has agreed to join in this request.

  On November 18, 2021, the Court set an initial pretrial conference for January 13, 2022, at 2 p.m. On November 19, 2021, Defendants filed their Motion to Compel Arbitration. Plaintiff responded on December 14, 2021 and the reply brief was filed on December 21, 2021. The motion remains pending.

  In light of the pending Motion to Compel Arbitration, both parties respectfully request that the Court adjourn the initial pretrial conference until after the Court rules on the motion in order to avoid the need for the Court to act and the parties' unnecessarily incurring costs and filing documents with the Court until it is determined whether their dispute should be in arbitration. On behalf of both parties, we express appreciation for the Court's time and attention in this matter and wish Your Honor a good holiday season.

           Respectfully,

           */s/ Frederick L. Whitmer*
           FREDERICK L. WHITMER

cc:  All Counsel of Record

ANCHORAGE  ATLANTA  AUGUSTA  BEIJING  CHARLOTTE  DALLAS  DENVER  HOUSTON  LOS ANGELES  NEW YORK  RALEIGH  SAN DIEGO
SAN FRANCISCO  SEATTLE  SHANGHAI  SILICON VALLEY  STOCKHOLM  TOKYO  WALNUT CREEK  WASHINGTON  WINSTON-SALEM

Granted.  The initial pretrial conference in this case is adjourned until after the Court resolves the pending motion to compel arbitration.

    SO ORDERED.

                         _____
                         PAUL A. ENGELMAYER
                         United States District Judge
                         December 28, 2021