UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case No.: 1:21-cv-09464-PAE

**Yury Shubin, Individually and Derivatively on Behalf of SLATE DIGITAL, INC.,**

       **Plaintiff,**

    Against-

**SLATE DIGITAL, INC., MICHAEL HORTON, WILLIAM BROOKE, and ERIC STARK,**

       **Defendants.**

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

PLEASE TAKE NOTICE that, pursuant to the Federal Rules of Civil Procedure Rule 41, Plaintiff YURY SHUBIN by and through his undersigned counsel, hereby dismisses this action as to SLATE DIGITAL, INC., MICHAEL HORTON, WILLIAM L. BROOKE, and ERIC STARK voluntarily with prejudice by filing this Notice of Dismissal, with each party to bear its own costs and fees.

DATED: June _7_, 2022    Respectfully submitted,

By: _/s/_ _____
THE LAW OFFICE OF ALEXANDER PAYKIN, P.C.
45 ROCKEFELLER PLAZA, 20TH FLOOR
NEW YORK, NY 10111
212-858-9112 - PHONE
212-858-9177 - FAX
ALEXANDER@PAYKINLAW.NET